UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOPE NELSON | CIVIL ACTION NO. 13-458 |
| VERSUS | JUDGE SHELLY D. DICK |
| WONDER CUTS, JAMES R. TURNLEY, JR., AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

**DEFENDANTS' MOTION TO DISMISS
WITH PREJUDICE PURSUANT TO RULE 37**

NOW INTO COURT, through undersigned counsel, come defendants, JETT, Inc. d/b/a Wonder Cuts ("Wonder Cuts") and James R. Turnley, Jr., and respectfully move this Court pursuant to Rule 37 of the Federal Rules of Civil Procedure to dismiss plaintiff's claims with prejudice due to her willful refusal to comply with this Court's July 8, 2014 discovery order and blatant violations of the Federal Rules of Civil Procedure governing discovery. In support of this motion, defendants state the following:

1.

On December 18, 2013, Wonder Cuts propounded its Interrogatories and Requests for Production of Documents on plaintiff.

2.

Although defendants attempted on numerous occasions to obtain plaintiff's responses to the discovery requests, plaintiff failed to respond to both the outstanding discovery and defendants' inquiries regarding the outstanding discovery.

3.

On June 12, 2014, Wonder Cuts filed a Motion to Compel and for Sanctions ("Motion to Compel") seeking an order compelling plaintiff to fully respond, without objections, to the outstanding discovery requests, which were more than four months overdue at the time. Wonder Cuts further requested an award of reasonable expenses incurred in addressing the discovery issue. Plaintiff failed to respond to the Motion to Compel.

4.

On July 8, 2014, this Court granted Wonder Cuts' Motion to Compel. In doing so, this Court ordered plaintiff to serve her answers to Wonder Cuts' Interrogatories and produce all documents responsive to its Requests for Production of Documents, without objection, by July 15, 2014. This Court further awarded Wonder Cuts reasonable costs in the amount of $400.

5.

To date, plaintiff has not served her responses to the outstanding discovery requests. Plaintiff has made no effort whatsoever to comply with this Court's July 8 discovery order. To the contrary, the statements of plaintiff's former attorney in the Ex Parte Motion to Withdraw as Counsel of Record evidence a blatant disregard of this Court's discovery order by plaintiff.

6.

As set forth more fully in defendants' supporting memorandum, application of the four factors considered by the courts in determining whether dismissal with prejudice is appropriate demonstrates that dismissal with prejudice is warranted in this case for plaintiff's willful refusal to comply with this Court's discovery order. *See F.D.I.C. v. Conner,* 20 F.3d 1376, 1380 (5th Cir. 1994).

7.

As set forth more fully in defendants' supporting memorandum, defendants should be awarded their reasonable expenses, including attorneys' fees, as authorized by Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure, in addressing plaintiff's willful failure to comply with this Court's July 8 discovery order.

### CERTIFICATE OF COUNSEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, counsel for defendants certify that they have attempted to obtain plaintiff's responses to the discovery requests, but were unable to obtain the requested responses as of the date of filing of this motion.

WHEREFORE, defendants, JETT, Inc. d/b/a Wonder Cuts and James R. Turnley, Jr., pray that this motion be granted and that an order be issued dismissing all of plaintiff's claims with prejudice. Defendants further pray that they be awarded reasonable expenses incurred in addressing plaintiff's failure to comply with this Court's discovery order, including attorneys' fees.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: *Jessica C. Huffman*
Susan W. Furr, T.A., Bar Roll No. 19582
Jessica C. Huffman, Bar Roll No. 30445
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: Susie.Furr@phelps.com
huffmanj@phelps.com

ATTORNEYS FOR DEFENDANTS, JETT, INC. D/B/A WONDER CUTS AND JAMES R. TURNLEY, JR.

## CERTIFICATE OF SERVICE

I do hereby certify that on July 24, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CMECF system. Notice of this filing was sent to plaintiff on July 24, 2014 by certified mail, return receipt requested.

*Jessica C. Huffman*