UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOPE NELSON | CIVIL ACTION NO. 13-458 |
| VERSUS | JUDGE SHELLY D. DICK |
| WONDER CUTS, JAMES R. TURNLEY, JR., AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

### DEFENDANTS' NOTICE OF AMOUNT OF ATTORNEYS' FEES AND COSTS

NOW INTO COURT, through undersigned counsel, come defendants, JETT, Inc. d/b/a Wonder Cuts ("Wonder Cuts") and James R. Turnley, Jr., and pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure and this Court's September 8, 2014 Ruling and Order of Dismissal ("Ruling"), respectfully submit this Notice of Amount of Attorneys' Fees and Costs setting forth the reasonable attorneys' fees and expenses incurred in the preparation and filing of their Motion to Dismiss with Prejudice Pursuant to Rule 37 ("Motion to Dismiss"). In support, defendants state the following:

1.

On July 24, 2014, defendants filed their Motion to Dismiss in which they demonstrated that dismissal with prejudice was warranted in this case based on plaintiff's willful refusal to comply with this Court's July 8, 2014 discovery order. *See F.D.I.C. v. Conner,* 20 F.3d 1376, 1380 (5th Cir. 1994). Defendants further sought an award of their reasonable expenses, including attorneys' fees, as authorized by Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure, in addressing plaintiff's willful failure to comply with this Court's discovery order.

PD.12351727.1

2.

On September 8, 2014, this Court granted defendants' Motion to Dismiss and dismissed all of plaintiff's claims with prejudice. In doing so, the Court also awarded defendants their reasonable attorneys' fees and expenses incurred in connection with the Motion to Dismiss, and invited defendants to submit itemized evidence of such fees and costs within 14 days.

3.

As set forth more fully in the attached Affidavit of Jessica C. Huffman, defendants incurred attorneys' fees in the amount of $3,264.50 and costs in the amount of $133.07 in connection with the Motion to Dismiss.

4.

Accordingly, defendants respectfully request that the Court set the amount of attorneys' fees and costs awarded in their favor at $3,397.57.

WHEREFORE, defendants, JETT, Inc. d/b/a Wonder Cuts and James R. Turnley, Jr., pray that the amount of attorneys' fees and costs awarded in their favor be set at $3,397.57.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Jessica C. Huffman
Susan W. Furr, T.A., Bar Roll No. 19582
Jessica C. Huffman, Bar Roll No. 30445
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: Susie.Furr@phelps.com
       huffmanj@phelps.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that on September 19, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CMECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Jessica C. Huffman