UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOPE NELSON | CIVIL ACTION NO. 13-458 |
| VERSUS | JUDGE SHELLY D. DICK |
| WONDER CUTS, JAMES R. TURNLEY, JR., AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## ORDER

**CONSIDERING** the *Notice of Amount of Attorneys' Fees and Costs*[1] filed by the Defendants in the above captioned matter;

**IT IS HEREBY ORDERED** that the Defendants, JETT, Inc. d/b/a Wonder Cuts and James R. Turnley, Jr., are awarded attorneys' fees and costs in the amount of $3,397.57.

Baton Rouge, Louisiana the 23 day of September, 2014.

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 24.